# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Curiel, Gonzalo P. | U.S. District Court | 08/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2013<br>**to**<br>12/31/2013 |

**7. Chambers or Office Address**

Schwartz Federal Courthouse
221 West Broadway
Suite 2190
San Diego, CA 92101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Urban Discovery Academy Charter School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | State of California - Salary | $134,091.72 |
| 2. 2011 | State of California - Salary | $196,968.00 |
| 3. 2010 | State of California - Salary | $192,343.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Antitrust Institute | 05/22/13 - 05/24/13 | Palo Alto, CA | Educational | Transportation, Lodging, Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.     Trust # 1 | | | | | | | | | |
| 2.     - First Credit Union | A | Interest | K | T | | | | | |
| 3.     - Wells Fargo | A | Interest | K | T | | | | | |
| 4.     - Maui, HI real property | | None | N | W | | | | | |
| 5.     - Glendale, AZ real property parcel # 1 | | None | M | W | | | | | |
| 6.     - Glendale, AZ real property parcel # 2 | B | Rent | M | W | | | | | |
| 7.     - Various boats | | None | L | U | | | | | |
| 8.     - Various vehicles | | None | K | U | | | | | |
| 9.     California Retirement System | D | Interest | | | Closed | 01/30/13 | M | E | |
| 10.    American Funds Moderate Allocation Portfolio | A | Dividend | J | T | | | | | |
| 11.    MFS Emerging Markets Portfolio | A | Dividend | J | T | | | | | |
| 12.    MFS Research International Portfolio | A | Dividend | J | T | | | | | |
| 13.    PIMCO Inflation Protected Portfolio | A | Dividend | J | T | | | | | |
| 14.    PIMCO Total Return Portfolio | A | Dividend | J | T | | | | | |
| 15.    T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 16.    CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 17.    CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy | 03/26/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 19.  CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 20.  Industrial SEL SEC SPDR FD | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 21.  Industrial SEL SEC SPDR FD | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 22.  Industrial SEL SEC SPDR FD | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 23.  Industrial SEL SEC SPDR FD | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 24.  SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 25.  SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 26.  SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 27.  SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 28.  SPDR S&P Bank ETF | A | Dividend | J | T | Buy | 09/04/13 | J | | |
| 29.  SPDR S&P Biotech ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 30.  SPDR S&P Biotech ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 31.  SPDR S&P Biotech ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 32.  SPDR S&P Biotech ETF | A | Dividend | J | T | Sold<br>(part) | 08/13/13 | J | A | |
| 33.  SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 34.  SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Curiel, Gonzalo P.** | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 36. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 37. SPDR S&P Homebuilders ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 38. SPDR S&P Homebuilders ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 39. SPDR S&P Homebuilders ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 40. SPDR S&P Homebuilders ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 41. SPDR S&P Insurance ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 42. SPDR S&P Insurance ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 43. SPDR S&P Insurance ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 44. SPDR S&P Insurance ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 45. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 46. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 47. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 48. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 49. SPDR S&P Pharmaceuticals ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 50. SPDR S&P Pharmaceuticals ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 51. SPDR S&P Pharmaceuticals ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Curiel, Gonzalo P.** | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 53.  SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 54.  SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 55.  SPDR S&P Regional Banking ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 56.  SPDR S&P Retail ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 57.  SPDR S&P Retail ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 58.  SPDR S&P Retail ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 59.  SPDR S&P Retail ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 60.  SPDR S&P Software & Service ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 61.  SPDR S&P Software & Service ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 62.  SPDR S&P Software & Service ETF | A | Dividend | J | T | Sold<br>(part) | 08/13/13 | J | A | |
| 63.  SPDR S&P Transportation ETF | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 64.  SPDR S&P Transportation ETF | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 65.  SPDR S&P Transportation ETF | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 66.  SPDR S&P Transportation ETF | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 67.  The Technology SEL SEC SPDR | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 68.  The Technology SEL SEC SPDR | A | Dividend | J | T | Buy | 06/13/13 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. The Technology SEL SEC SPDR | A | Dividend | J | T | Buy | 06/25/13 | J | | |
| 70. The Technology SEL SEC SPDR | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 71. SPDR DJ Wilshire REIT ETF | A | Dividend | | | Buy | 03/06/13 | J | | |
| 72. SPDR DJ Wilshire REIT ETF | A | Dividend | | | Buy | 06/13/13 | J | | |
| 73. SPDR DJ Wilshire REIT ETF | A | Dividend | | | Buy | 06/25/13 | J | | |
| 74. SPDR DJ Wilshire REIT ETF | A | Dividend | | | Sold | 08/13/13 | J | A | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Curiel, Gonzalo P.** | 08/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

    _____ is a co-trustee and co-beneficiary of _____ Trust # 1 which is revocable living trust funded by _____. As a co-trustee, _____ shares unlimited access and full control of the trust assets.

In January 2013, I rolled over proceeds from my California Retirement System account to an IRA investment portfolio managed by Morgan Stanley. The Morgan Stanley managed tranactions are listed in Section VII, lines 16-74.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gonzalo P. Curiel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544